**FORD DEALERS ADVERTISING FUND, INC., Jacksonville Division, Petitioner-Appellee,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellant.**

No. 71-2856

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Feb. 4, 1972.

\* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New

Fred B. Ugast, Acting Asst. Atty. Gen., Tax Div., U. S. Dept. of Justice, Meyer Rothwacks, Elmer J. Kelsey, William S. Estabrook, Attys. Tax Div., Dept. of Justice K. Martin Worthy, Chief Counsel, Eugene F. Colella, I.R.S., Washington, D. C., for respondent-appellant.

William R. Frazier, Jacksonville, Fla., for petitioner-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed on the opinion of the Tax Court, 55 T.C. 761 (1971).